# Court of Appeals
# of the State of Georgia

ATLANTA,  January 26, 2016

*The Court of Appeals hereby passes the following order:*

**A16D0209. JERMAINE ANDREW DAVIS-BEY v. THE STATE.**

Jermaine Davis, who pled guilty to robbery and aggravated battery on August 7, 2014, and was sentenced to ten years to serve, seeks discretionary review of the trial court's order denying his motion to set aside a void judgment and petition for writ of habeas corpus ad testificandum.[1]  In *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009), however, our Supreme Court determined that "a petition to vacate or modify a judgment of conviction is not an appropriate remedy in a criminal case."  Any appeal from an order denying or dismissing such a motion, therefore, is subject to dismissal.  *Harper*, supra; see also *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010).

The issuance of a writ of habeas corpus ad testificandum is based upon a showing by a prisoner that the ends of justice require his presence.  See *Brand v. State*, 154 Ga. App. 781, 784 (270 SE2d 206) (1980).  Because Davis was not

---

[1] Davis appealed from the denial of his motion to withdraw his guilty plea, and we affirmed the trial court's judgment in an unpublished opinion.  See *Davis-Bey v. State*, Case No. A15A1107, decided September 2, 2015.

authorized to collaterally attack his conviction through a motion to set aside a void judgment, the denial of his petition for writ of habeas corpus ad testificandum is moot.

Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,*_____01/26/2016_____
       *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*